756 A.2d 670

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Matthew SAMUELS, Petitioner.**

Supreme Court of Pennsylvania.

July 27, 2000.

## ORDER

PER CURIAM:

**AND NOW**, this 27th day of July, 2000, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Whether the trial court erred in denying Petitioner's requested charge as to criminal negligence as it pertains to 75 Pa.C.S. § 3735, homicide by vehicle while driving under the influence.